HARDY MYERS  #64077
Attorney General
CAROLYN G. WADE  #83212
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
Telephone:  (503) 947-4400
Facsimile:  (503) 373-7067
E-mail:  carolyn.g.wade@doj.state.or.us

Attorneys for State of Oregon

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Keith Fredrick Thorson and Marcie Lynn Thorson, fka Marcie Lynn Malain,<br><br>　　　　　Debtor(s).<br><br>STATE OF OREGON, Department of Human Services,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Keith Fredrick Thorson and Marcie Lynn Thorson, fka Marcie Lynn Malain,<br><br>　　　　　Defendant(s). | Chapter No. 7<br><br>Case No. 08-30471-rld7<br><br>Adversary Proceeding<br>No. 08-03074-rld<br><br>COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY |

Plaintiff alleges:

1

This is an adversary proceeding to determine the dischargeability of a debt pursuant to 11 U.S.C. § 523 (a) (2).  Jurisdiction is based upon 28 U.S.C. §§ 157 and 1334.  This is a core proceeding as defined in 28 U.S.C. § 157 (b) (2) (I).

///

///

Page 1 of 6 –COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY
　　　　DHS v. Thorson　　　　　　　　　　　　　　　　　　　　　　　　CGW:kav/CEDW7715
**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE: (503) 947-4400

2

Plaintiff is the Oregon State agency charged with administering public assistance and food stamp benefit programs. Under ORS 411.620 (1), plaintiff is entitled to recover benefit overpayments, plus interest and costs and disbursements.

3

Pursuant to ORS 82.010, plaintiff is entitled to interest on any overpayment from the due date at the rate of 9 percent per annum.

FIRST CLAIM FOR RELIEF

4

During the period from May 24, 2006 through September 30, 2006, defendants Keith Fredrick Thorson and Marcie Lynn Thorson, fka Marcie Lynn Malain, at their special insistence and request, received public assistance benefits from the plaintiff in the form of medical assistance.

5

Defendants Keith Fredrick Thorson and Marcie Lynn Thorson, fka Marcie Lynn Malain represented to plaintiff that they had insufficient income with which to meet the needs of their family.

6

During the period described in paragraph 4, defendant Keith Fredrick Thorson was working and had income from Northwest Copper and The Lynch Co., Inc.

7

During the period described in paragraph 4, defendants had a duty to report to plaintiff the employment status and income of all household members.

8

During the time period described in paragraph 4, defendants failed to report Keith

///

**Page 2 of 6** –COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY
    DHS v. Thorson                                              CGW:kav/CEDW7715
**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE: (503) 947-4400

Fredrick Thorson's employment and income from Northwest Copper and The Lynch Co., Inc. to plaintiff.

9

The failure of defendants Keith Fredrick Thorson and Marcie Lynn Thorson, fka Marcie Lynn Malain to report Keith Fredrick Thorson's employment and earnings to plaintiff were continuing material false representations that resulted in defendants receiving public assistance benefits that they would not have been eligible to receive had Keith Fredrick Thorson's employment and earnings been reported to plaintiff.

10

Defendants Keith Fredrick Thorson and Marcie Lynn Thorson, fka Marcie Lynn Malain made the continuing material false representations referred to in paragraphs 8 and 9 of this complaint with the intention of deceiving plaintiff so that plaintiff would provide them with public assistance benefits that they were not entitled to receive.

11

Plaintiff acted in reliance upon the material false representations of the defendants and provided them with public assistance benefits during the period described in paragraph 4 in the amount of $4,279.27 that they were not entitled to receive. Of this amount, none has been recovered.

12

Defendants Keith Fredrick Thorson and Marcie Lynn Thorson, fka Marcie Lynn Malain owe the sum of $4,279.27, plus interest at 9 percent per annum from May 24, 2006. This debt is not dischargeable in bankruptcy pursuant to 11 U.S.C. § 523(a)(2).

SECOND CLAIM FOR RELIEF

13

During the period from May 24, 2006 through October 31, 2006, defendants, Keith

///

**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE: (503) 947-4400

1  Fredrick Thorson and Marcie Lynn Thorson, fka Marcie Lynn Malain, received food stamp
2  benefits from plaintiff.

### 14

Defendants Keith Fredrick Thorson and Marcie Lynn Thorson, fka Marcie Lynn Malain represented to plaintiff that they had insufficient income with which to meet the needs of their family.

### 15

During the period described in paragraph 13, defendant Keith Fredrick Thorson was working and had income from Northwest Copper and The Lynch Co., Inc.

### 16

During the period described in paragraph 13, defendants had a duty to report to plaintiff the employment status and income of all household members.

### 17

During the time period described in paragraph 13, defendants failed to report Keith Fredrick Thorson's employment and income from Northwest Copper and The Lynch Co., Inc. to plaintiff.

### 18

The failure of defendants Keith Fredrick Thorson and Marcie Lynn Thorson, fka Marcie Lynn Malain to report Keith Fredrick Thorson's employment and earnings to plaintiff were continuing material false representations that resulted in defendants receiving food stamp benefits that they would not have been eligible to receive had Keith Fredrick Thorson's employment and earnings been reported to plaintiff.

### 19

Defendants Keith Fredrick Thorson and Marcie Lynn Thorson, fka Marcie Lynn Malain made the continuing material false representations referred to in paragraphs 17 and 18 of this

///

**Page 4 of 6** –COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY
            DHS v. Thorson                                           CGW:kav/CEDW7715
**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE: (503) 947-4400

complaint with the intention of deceiving plaintiff so that plaintiff would provide them with food stamp benefits that they were not entitled to receive.

### 20

Plaintiff acted in reliance upon the material false representations of the defendants and provided them with food stamp benefits during the period described in paragraph 13 in the amount of $2,671.72 that they were not entitled to receive. Of this amount, none has been recovered.

### 21

Defendants Keith Fredrick Thorson and Marcie Lynn Thorson, fka Marcie Lynn Malain owe the sum of $2,671.72, plus interest at 9 percent per annum from May 24, 2006. This debt is not dischargeable in bankruptcy pursuant to 11 U.S.C. § 523(a)(2).

WHEREFORE, plaintiff prays for an order and judgment of the above-entitled court as follows:

(1) That the claims of the Department of Human Services against defendants Keith Fredrick Thorson and Marcie Lynn Thorson, fka Marcie Lynn Malain are not dischargeable in bankruptcy pursuant to 11 U.S.C. § 523(a)(2).

(2) That plaintiff is entitled, in addition to any other remedies that may be available to it, to issue administrative decisions and to issue and record any distraint warrants as necessary to liquidate its claims against the defendants.

(3) For judgment in favor of plaintiff and against the defendants for plaintiff's costs and disbursements incurred herein in the amount of $250.00, together with interest at the federal statutory rate on said cost judgment.

///
///
///
///

**Page 5 of 6** –COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY
DHS v. Thorson                                                                                     CGW:kav/CEDW7715
**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE: (503) 947-4400

| | | |
|---|---|---|
| 1 | (4) | For such other relief as the Court deems just and proper. |

                              HARDY MYERS
                              Attorney General

/s/ Carolyn G. Wade
Carolyn G. Wade  #83212
Senior Assistant Attorney General
Department of Justice
Of Attorneys for Plaintiff
1162 Court Street NE
Salem, OR 97301-4096
Telephone:  (503) 947-4400
Facsimile:  (503) 373-7067
E-mail:  carolyn.g.wade@doj.state.or.us

< >

Case 08-03074-rld    Doc 1    Filed 05/08/08

**Page 6 of 6** –COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY
    DHS v. Thorson                            CGW:kav/CEDW7715
**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE: (503) 947-4400